**THIS ORDER IS APPROVED.**

**Dated: January 26, 2011**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

1  Matthew A. Silverman (018919)
2  Jessica R. Kenney (026615)
   McCarthy ◆ Holthus ◆ Levine
3  8502 E. Via de Ventura, Suite 200
   Scottsdale, AZ 85258
4  (602) 230-8726

5  Attorney for: Secured Creditor, Wells Fargo Bank, N.A., it assignees and/or successors, and the
6  servicing agent Wells Fargo Home Mortgage

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| In re: | In Proceedings Under |
| Gustavo Esparza, Patricia Solorio, | Chapter 7 |
| Debtors. | Case No. 4:10-bk-34716-JMM |
| Wells Fargo Bank, N.A., it assignees and/or successors, and the servicing agent Wells Fargo Home Mortgage, | **ORDER TERMINATING AUTOMATIC STAY** |
| Movant, | |
| v. | |
| Gustavo Esparza, Patricia Solorio, Debtors; and Stanley J Kartchner, Chapter 7 Trustee, | |
| Respondents. | |

     Wells Fargo Bank, N.A., its assignees and/or successors and the servicing agent, Americas Servicing Company ("Movant"), having filed a Motion for Relief from the Automatic Stay with respect to the hereinafter-described property after appropriate notice and opportunity for a hearing, and good cause appearing,

File No. AZ-10-38821          1          Case No. 4:10-bk-34716-JMM
Proof of Service of Order Terminating Automatic Stay

**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. § 362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to the property generally described as 639 South Warner Drive, Apache Junction, AZ 85220, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any action necessary to obtain complete possession of the subject property without further court order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

DATED:

_____
UNITED STATES BANKRUPTCY JUDGE